AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
08 MAR -6 PM 4:05
FILE BY FAX
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ENDEMOL USA INC.,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>BY: DEPUTY<br>Case Number: 08 CV 0413 JAH LSP |

TO:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (names and address)

Lisa M. Martens
Andrew M. Abrams
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-5070
Fax: 858-678-5099

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.
Clerk

3/6/08
Date

C. PUTTMANN
(By) Deputy Clerk