Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ENDEMOL USA INC.,<br><br>Defendant. | Case No. 08 CV 0413 JAH LSP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs' BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC. hereby voluntarily dismiss the above-reference action without prejudice.

DATED: June 5, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Lisa M. Martens
Lisa M. Martens
Andrew M. Abrams

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.